UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 22-48954

YOLANDA L. DONALDSON,	Chapter 7

        Debtor.	Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CASE

On November 19, 2020, the Debtor filed a voluntary petition for relief under Chapter 13, commencing Case No. 20-51707. That case remains pending. Despite this, on November 14, 2022, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this new case.[1] As a general rule, the Debtor may not have two bankruptcy cases pending at the same time. *See In re Munroe*, 568 B.R. 631, 633-34 (Bank. E.D. Mich. 2017) (citing *In re Sidebottom*, 430 F.3d 893, 897–99 (7th Cir. 2005) and *In re Lord*, 295 B.R. 16, 17–21 (Bankr. E.D.N.Y. 2003)) ("[T]he majority rule, which this Court agrees with, is that a debtor may not have two bankruptcy cases pending at the same time."). For this reason, the Court will dismiss this case, which is the second-filed of the two cases.

Accordingly,

IT IS ORDERED that this case is dismissed.



**Signed on November 15, 2022**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[1] The Court notes that the Debtor is represented by the same attorney in both of her pending cases.